LIONEL Z. GLANCY (134180)
MARC L. GODINO (182689)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AMANDA SATERIALE, JEFFREY FEINMAN, PAMELA BURNS, PATRICK GRIFFITHS, JACKIE WARREN, HEATHER POLESE, DAN POLESE, FRED JAVAHERI, RICHARD HOLTER and DONALD WILSON Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>R.J. REYNOLDS TOBACCO CO. and REYNOLDS AMERICAN, INC.,<br><br>Defendants.<br>_____ | CASE NO. 09-CV-08394 CAS (SSx)<br><br>CLASS ACTION<br><br>**[PROPOSED] JUDGMENT** |

THE COURT HEREBY ORDERS THAT:

For the reasons stated in the Court's December 7, 2010 Order Granting Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), Judgment is entered in favor of Defendant R.J. Reynolds Tobacco Co.

Date: January 10, 2011

*Christina A. Snyd*

Hon. Christina A. Snyder
United States District Court Judge