1  LIONEL Z. GLANCY (State Bar No. 134180)
2  lglancy@glancylaw.com
3  MARC L. GODINO (State Bar No. 182689)
   mgodino@glancylaw.com
4  GLANCY BINKOW & GOLDBERG LLP
5  1925 Century Park East, Suite 2100
   Los Angeles, CA 90067
6  Telephone:  (310) 201-9150
   Facsimile:  (310) 201-9160
7  E-mail:     info@glancylaw.com
8  *Attorneys for Plaintiff*

9  Thomas R. Malcolm (State Bar No. 39248)
   trmalcolm@jonesday.com
10 John A. Vogt, Jr. (State Bar No. 198677)
11 javogt@jonesday.com
   JONES DAY
12 3161 Michelson Drive
13 Suite 800
   Irvine, CA 92612
14
15 *Attorneys for Defendant*

FILED
CLERK, U.S. DISTRICT COURT
FEB 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NOTE CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA SATRIALE and JEFFREY FEINMAN, PAMELA BURNS, PATRICK GRIFFITHS, JACKIE WARREN, HEATHER POLESE, DAN POLESE, FRED JAVAHERI, RICHARD HOLTER and DONALD WILSON, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>       v.<br><br>R.J. REYNOLDS TOBACCO CO.,<br><br>            Defendant. | Case No. CV 09 08394 CAS (SSx)<br><br>[~~PROPOSED~~] STIPULATED PROTECTIVE ORDER<br><br>All future discovery filings shall include the following language on the cover page: "[Referred to Magistrate Judge Suzanne H. Segal]" |

After consideration of the terms of the foregoing Amended Stipulated Protective Order, and good cause appearing therefore,

IT IS HEREBY ORDERED that this Stipulated Protective Order, as revised, shall govern the production of documents and other discovery in the above-captioned action.

DATED: 2/4/13    /S/ H Segal

~~Honorable Christine A. Snyder~~
~~United States District Judge~~

Suzanne H. Segal
U.S. Magistrate Judge

All future discovery filings shall
include the following language
on the cover page:
"[Referred to Magistrate Judge
Suzanne H. Segal]"

1