Marc K. Callahan (State Bar No. 156616)
John A. Vogt (State Bar No. 198677)
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:  +1.949.553.7539
Email:      javogt@jonesday.com

Geoffrey K. Beach (Admitted *Pro Hac Vice*)
Howell A. Burkhalter (Admitted *Pro Hac Vice*)
hburkhalter@wcsr.com
WOMBLE CARLYLE SANDRIDGE & RICE LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone:  (336) 721-3504
Facsimile:  (336) 733-8437

Attorneys for Defendant
R.J. REYNOLDS TOBACCO CO.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA SATERIALE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>R.J. REYNOLDS TOBACCO CO.,<br><br>Defendant. | CASE No. CV 09 08394 CAS (SSx)<br><br>**NOTICE OF MOTION AND MOTION OF R.J. REYNOLDS TOBACCO CO. TO CERTIFY FOR INTERLOCUTORY APPEAL THE COURT'S ORDER DENYING REYNOLDS' MOTION FOR SUMMARY JUDGMENT**<br><br>Courtroom: 5<br>Before:  Hon. Christina A. Snyder<br>Date:  June 22, 2015<br>Time:  10:00 a.m. |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on June 22, 2015, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Christina A. Snyder, located in Department 5 of the above-entitled Court, Defendant R.J. Reynolds Tobacco Company will, and hereby does, move the Court for an Order Certifying an Interlocutory Appeal of the Court's Order on Reynolds' Motion for Summary Judgment (Dkt. No. 136.)

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the complete records and files of this case, and such further evidence and argument as may be presented at the hearing on this Motion.

This Motion is made following a conference of counsel on April 22 and 23, 2015 pursuant to Local Rule 7-3.

Dated: April 23, 2015                    JONES DAY

                                         By: */s/ John A. Vogt*
                                             John A. Vogt

                                         Attorneys for Defendant
                                         R.J. REYNOLDS TOBACCO CO.

NOTICE OF MOTION AND MOTION TO CERTIFY INTERLOCUTORY APPEAL RE SUMMARY JUDGMENT ORDER