LIONEL Z. GLANCY (#134180)
  lglancy@glancylaw.com
MARC L. GODINO (#182689)
  mgodino@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160
Email:       info@glancylaw.com

Attorneys for Plaintiffs
[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA SATERIALE, et al.,<br><br>             Plaintiffs,<br><br>   v.<br><br>R.J. REYNOLDS TOBACCO CO.,<br><br>             Defendant. | Case No. CV 09 08394 CAS (SSx)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:      January 11, 2016<br>Time:     10:00 a.m.<br>Judge:    Hon. Christina A. Snyder<br>Courtroom: 5, 2nd Floor |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on January 11, 2016 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5 of the United States District Courthouse, 312 North Spring Street, Los Angeles, California 90012, before the Honorable Christine M. Snyder, Plaintiffs will, and hereby do, move the Court for an Order Granting Preliminary Approval of Class Action Settlement Pursuant to Fed. R. Civ. P. 23(b)(3). The Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the pleadings and all documents on file in this action, and such other matters as may be presented at or before the hearing.

Pursuant to Central District of California Local Rule 7-3, this motion is made following the conference of counsel which took place on January 8, 2016. Opposing counsel has consented to this motion and will not file an opposition.

Dated: January 8, 2016

GLANCY PRONGAY AND MURRAY LLP

By: */s/ Marc L. Godino*
   Marc L. Godino

1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

-1-
NOTICE OF MOTION AND MOTION
CASE NO. CV 09 08394 CAS (SSx)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRAGAR EAGEL & SQUIRE, P.C.
Jeffrey H. Squire
Lawrence P. Eagel
David J. Stone
885 Third Avenue, Suite 3040
New York, NY 10022

*Attorneys for Plaintiffs and the Class*

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On January 8, 2016, I caused to be served the following documents:

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**[PROPOSED] PRELIMINARY APPROVAL ORDER**

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 8, 2016, at Los Angeles, California.

*s/ Marc L. Godino*
Marc L. Godino

322514.1 REYNOLDS

## Mailing Information for a Case 2:09-cv-08394-CAS-SS Amanda Sateriale et al v. R J Reynolds Tobacco Co et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Geoffrey Kres Beach**
  gbeach@wcsr.com

- **Peter J Biersteker**
  pbiersteker@jonesday.com

- **Howell Arnold Burkhalter**
  hburkhalter@wcsr.com

- **Marc K Callahan**
  MKCALLAHAN@JONESDAY.COM

- **Lawrence P Eagel**
  Eagel@bragarwexler.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Marc L Godino**
  mgodino@glancylaw.com,info@glancylaw.com

- **Thomas R Malcolm**
  trmalcolm@jonesday.com,jmmullins@jonesday.com

- **Ann T Rossum**
  atrossum@jonesday.com,ecfirvinenotifications@jonesday.com,ynomiyama@jonesday.com,nmichau@jonesday.com

- **Kevin F Ruf**
  kevinruf@gmail.com,info@glancylaw.com

- **Jeffrey H Squire**
  squire@bragarwexler.com

- **David J Stone**
  stone@bespc.com

- **John A Vogt**
  javogt@jonesday.com,ccorazo@jonesday.com,atrossum@jonesday.com,ECFIrvineNotifications@jonesday.com,ynomiyama@jonesday.com,jmmullins@jonesday.com,jjew@jonesday.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)