LIONEL Z. GLANCY (#134180)
  lglancy@glancylaw.com
MARC L. GODINO (#182689)
  mgodino@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:      info@glancylaw.com

Attorneys for Plaintiffs and the Class
[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA SATERIALE, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>R.J. REYNOLDS TOBACCO CO.,<br><br>                Defendant. | Case No. CV 09 08394 CAS (SSx)<br><br>**NOTICE OF MOTION FOR AWARD OF ATTORNEY FEES, REIMBURSEMENT OF EXPENSES AND APPROVAL OF SPECIAL AWARDS TO PLAINTIFFS**<br><br>Date:      May 2, 2016<br>Time:      10:00 a.m.<br>Judge:     Hon. Christina A. Snyder<br>Courtroom: 5, 2nd Floor |

328188.1 REYNOLDS

**PLEASE TAKE NOTICE** that on May 2, 2016, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 2 of the United States District Courthouse, 312 North Spring Street, Los Angeles, CA 90012-4701, before the Honorable Christina A. Snyder, Plaintiffs Fred Javaheri, Daniel Polese, Heather Polese, Jeffrey Feinman, Richard Holter, Donald Wilson, and Jackie Warren, will, and hereby do, move the Court for an order granting an award of attorney fees, reimbursement of expenses, and special payments.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Marc L. Godino in Support of Plaintiffs' Motion for Award of Attorneys Fees, Costs and Service awards, the accompanying Declaration of Jeffrey H. Squire in Support of Plaintiffs' Motion for Award of Attorneys Fees, Costs and Service awards, pleadings and all documents on file in this action, and such other matters as may be presented at or before the hearing.

DATED: March 29, 2016              Respectfully submitted,

                                                GLANCY PRONGAY & MURRAY LLP

                                                *s/Marc L. Godino*
                                                Marc L. Godino
                                                1925 Century Park East, Suite 2100
                                                Los Angeles, California 90067
                                                Telephone: (310) 201-9150
                                                Email: info@glancylaw.com

                                                BRAGAR EAGEL & SQUIRE, P.C.

                                                *Attorneys for Plaintiffs and the Class*

1

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On March 29, 2016, I caused to be served the following documents:

**NOTICE OF MOTION FOR AWARD OF ATTORNEY FEES, REIMBURSEMENT OF EXPENSES AND APPROVAL OF SPECIAL AWARDS TO PLAINTIFFS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES, REIMBURSEMENT OF EXPENSES AND APPROVAL OF SPECIAL AWARDS TO PLAINTIFFS**

**DECLARATION OF MARC L. GODINO IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS FEES, COSTS, AND SERVICE AWARDS**

**DECLARATION OF JEFFREY H. SQUIRE IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS FEES, COSTS, AND SERVICE AWARDS**

**[PROPOSED] ORDER GRANTING MOTION FOR AWARD OF ATTORNEY FEES, REIMBURSEMENT OF EXPENSES AND APPROVAL OF SPECIAL AWARDS TO PLAINTIFFS**

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the Court's ECF Service List.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 29, 2016, at Los Angeles, California.

              *s/ Marc L. Godino*
              Marc L. Godino

322514.1 REYNOLDS