LIONEL Z. GLANCY (#134180)
lglancy@glancylaw.com
MARC L. GODINO (#182689)
mgodino@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:        info@glancylaw.com

*Attorneys for Plaintiffs and the Class*
[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA SATERIALE, et al.,<br><br>                    Plaintiffs,<br><br>       v.<br><br>R.J. REYNOLDS TOBACCO CO.,<br><br>                    Defendant. | Case No. CV 09 08394 CAS (SSx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:        May 2, 2016<br>Time:       10:00 a.m.<br>Judge:      Hon. Christina A. Snyder<br>Courtroom: 5, 2nd Floor |

**TO THE CLERK AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN**

**PLEASE TAKE NOTICE** that on May 2, 2016, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 2 of the United States District Courthouse, 312 North Spring Street, Los Angeles, CA 90012-4701, before the Honorable Christina A. Snyder, Plaintiffs Fred Javaheri, Daniel Polese, Heather Polese, Jeffrey Feinman, Richard Holter, Donald Wilson, and Jackie Warren, will, and hereby do, move the Court for an order granting final approval of the Parties' proposed class settlement.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the March 29, 2016 Declaration of Marc L. Godino in Support of Plaintiffs' Motion for Award of Attorneys' Fees, Costs and Service Payments ([Dkt. 222] hereinafter referred to as "Godino Decl." or "Declaration of Marc L. Godino"), the March 29, 2016 Declaration of Jeffrey H. Squire in Support of Plaintiffs' Motion for Award of Attorneys' Fees, Costs and Service Payments ([Dkt. 223] hereinafter referred to as "Squire Decl." or "Declaration of Jeffrey H. Squire"), the Declaration of John A. Vogt Regarding Notice Provided Under the Class Action Fairness Act, the Declaration of Geoffrey K. Beach Regarding Class Notice, the Declaration of Brian Devery, the pleadings and all documents on file in this action, and such other matters as may be presented at or before the hearing.

1

| | |
|---|---|
| DATED: April 18, 2016 | **GLANCY PRONGAY & MURRAY LLP** |
| | By: *s/ Marc L. Godino* |
| | Lionel Z. Glancy |
| | Marc L. Godino |
| | 1925 Century Park East, Suite 2100 |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 201-9150 |
| | Facsimile: (310) 201-9160 |
| | Email: info@glancylaw.com |
| | |
| | **BRAGAR EAGEL & SQUIRE, P.C.** |
| | Jeffrey H. Squire |
| | Lawrence P. Eagel |
| | David J. Stone |
| | 885 Third Avenue, Suite 3040 |
| | New York, NY 10022 |
| | Telephone: (212) 308-5858 |
| | Facsimile: (212) 486-0462 |
| | Email: info@bespc.com |
| | |
| | *Attorneys for Plaintiffs and the Class* |

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On April 18, 2016, I caused to be served the following documents:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**[PROPOSED] FINAL APPROVAL ORDER**

**[PROPOSED] FINAL JUDGMENT**

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the Court's ECF Service List.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 18, 2016, at Los Angeles, California.

*s/ Marc L. Godino*
Marc L. Godino

322514.1 REYNOLDS

## Mailing Information for a Case 2:09-cv-08394-CAS-SS Amanda Sateriale et al v. R J Reynolds Tobacco Co et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Geoffrey Kres Beach**
  gbeach@wcsr.com

- **Peter J Biersteker**
  pbiersteker@jonesday.com

- **Howell Arnold Burkhalter**
  hburkhalter@wcsr.com

- **Marc K Callahan**
  MKCALLAHAN@JONESDAY.COM

- **Lawrence P Eagel**
  Eagel@bragarwexler.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Marc L Godino**
  mgodino@glancylaw.com,info@glancylaw.com

- **Thomas R Malcolm**
  trmalcolm@jonesday.com

- **Ann T Rossum**
  atrossum@jonesday.com,ecfirvinenotifications@jonesday.com,knedmonds@jonesday.com,ynomiyama@jonesday.com,nmichau@jonesday.com

- **Kevin F Ruf**
  kruf@glancylaw.com,info@glancylaw.com

- **Jeffrey H Squire**
  squire@bragarwexler.com

- **David J Stone**
  stone@bespc.com

- **John A Vogt**
  javogt@jonesday.com,fpham@jonesday.com,jsclose@jonesday.com,atrossum@jonesday.com,ECFIrvineNotifications@jonesday.com,ynomiyama@jonesday.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`